UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS CLINTON COLEMAN, <br><br> Plaintiff, <br><br> v. <br><br> C. MERRITT, et al., <br><br> Defendant. | CASE NO. 2:24-cv-01566-JCC-BAT <br><br> **ORDER DENYING PLAINTIFF'S SECOND MOTION FOR COUNSEL, DKT. 24.** |

Plaintiff has filed a second motion for appointment of counsel, requesting the Court appoint counsel on the grounds (1) his jail custody limits his ability to litigate his case; (2) his case is complex and he has limited law library access; (3) a lawyer could more effectively present his case; (4) no lawyer has agreed to represent plaintiff; and (5) he has no idea of how to admit certain evidence. Dkt. 24.

As the Court indicated in its first order denying appointment of counsel, Plaintiff's case does not involve exceptional circumstances in that Plaintiff has been able to articulate his claims; and his claims are straightforward—he alleges Defendants assaulted and injured him and he was denied medical care for the injuries he suffered. Plaintiff has thus far been able to articulate and litigate his case, and the reasons he gives for appointment of counsel apply in virtually every case brought by a person in detention and are thus common not exceptional.

ORDER DENYING PLAINTIFF'S SECOND
MOTION FOR COUNSEL, DKT. 24. - 1

The Court accordingly ORDERS:

(1) Plaintiff's motion for appointment of counsel, Dkt. 24 is DENIED.

(2) The Clerk shall provide copies of this order to the parties.

DATED this 9th day of December, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S SECOND
MOTION FOR COUNSEL, DKT. 24. - 2