UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS CLINTON COLEMAN, <br><br> Plaintiff, <br><br> v. <br><br> C. MERRITT, *et al.*, <br><br> Defendants. | CASE NO. C24-1566-JCC-BAT <br><br> ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the remaining record, and there being no timely objection, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R (Dkt. No. 44).

(2) Defendants' motion for a judgment on the pleadings (Dkt. No. 36) is GRANTED in part and DENIED in part.

   a. The motion is GRANTED with respect to Plaintiff's claims in Counts II and III and those claims are DISMISSED without prejudice.

   b. The motion is DENIED without prejudice with respect to Plaintiff's claims in Count I.

(3) The action is referred back to Judge Tsuchida for further proceedings.

ORDER
C24-1566-JCC-BAT
PAGE - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 13th day of May 2025.

JOHN C. COUGHENOUR
United States District Judge