UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS CLINTON COLEMAN, <br><br>          Plaintiff, <br><br>  v. <br><br>C. MERRITT, et al., <br><br>          Defendant. | CASE NO. 2:24-cv-01566-JCC-BAT <br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

On May 13, 2025, the District Judge adopted the undersigned's report and recommendation and granted in part and denied in part defendants' motion to dismiss. Dkt. 45. Count I of the complaint is now the sole remaining claim in this action.

Because the previously established pretrial deadlines have now expired, the Court hereby amends the pretrial scheduling order (Dkt. 23) as follows:

(1) The dispositive motions deadline is extended to **June 16, 2025**.

(2) All other provisions of the Court's original pretrial scheduling order (Dkt. 23) remain in effect.

//

//

ORDER amending pretrial scheduling order - 1

(3) The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for defendants.

DATED this 16th day of May, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER amending pretrial scheduling order - 2